KYLIE W. WAGER CRUZ   #10165
DAVID L. HENKIN       #6876
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: kwager@earthjustice.org
       dhenkin@earthjustice.org

Attorneys for Plaintiffs[*]

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAIʻI

| | |
|---|---|
| NA KIAʻI KAI, an unincorporated association; SURFRIDER FOUNDATION, a non-profit corporation; and PESTICIDE ACTION NETWORK NORTH AMERICA, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES NAKATANI in his official capacity as Executive Director of the STATE OF HAWAIʻI AGRIBUSINESS DEVELOPMENT CORPORATION,<br><br>Defendant. | Civil No. 18-00005-DKW-WRP<br><br>JOINT STIPULATION AND ORDER RE: AWARD OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS OF LITIGATION<br><br><br>Judge: Hon. Derrick K. Watson |

---

[*] Pursuant to Local Rule 10.2(b), please refer to the signature page for the complete list of parties represented.

## JOINT STIPULATION AND ORDER RE: AWARD OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS OF LITIGATION

WHEREAS, on February 18, 2020, Plaintiffs Na Kaiʻi Kai, Surfrider Foundation, and Pesticide Action Network North America (collectively, "Plaintiffs") and Defendant James Nakatani, in his official capacity as Executive Director of the State of Hawaiʻi Agribusiness Development Corporation, entered into a settlement agreement (ECF No. 99-1) that recognizes Plaintiffs' entitlement to a reasonable award of their attorneys' fees and costs of litigation (including expert witness fees) for work related to the Clean Water Act claims against Defendant in the above-captioned matter;

WHEREAS, on April 9, 2020, this Court entered the Joint Stipulation and Order Re: Dismissal (ECF No. 99), which left for resolution through future negotiation or motion practice Plaintiffs' claim for an award of attorneys' fees and costs of litigation; and

WHEREAS, in the interest of the public, the parties, and judicial economy, the parties have entered into a Settlement Agreement to resolve Plaintiffs' remaining claim relating to attorneys' fees and costs of litigation without further litigation;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANT that:

1. The Settlement Agreement Re: Award of Plaintiffs' Attorneys' Fees and Costs of Litigation (dated June 19, 2020) ("Fees Settlement"), which is lodged herewith, resolves Plaintiffs' claim for an award of attorneys' fees and costs, which shall hereby be dismissed with prejudice;

2. This Court shall retain jurisdiction to enforce the terms of the Fees Settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

Executed this 19th day of June, 2020.

/s/ David L. Henkin
KYLIE W. WAGER CRUZ
DAVID L. HENKIN
EARTHJUSTICE
Attorneys for Plaintiffs
Na Kiaʻi Kai, Surfrider Foundation, and
Pesticide Action Network North America

/s/ Andrew D. Goff
CLARE E. CONNORS
Attorney General of Hawaiʻi
ANDREW D. GOFF
BRYAN C. YEE
Deputy Attorneys General
Department of the Attorney General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1180
Email: andrew.d.goff@hawaii.gov
Attorneys for Defendant
James Nakatani, in his official capacity as Executive Director of the State of Hawaiʻi Agribusiness Development Corporation

APPROVED AND SO ORDERED.

DATED:  June 22, 2020 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_____
Na Kiaʻi Kai, et al., v. Nakatani, Civil No. 18-00005-DKW-WRP (D. Haw.);
JOINT STIPULATION AND ORDER RE: AWARD OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS OF LITIGATION

3